```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | |
|---|---|
| **GREGORY REED,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 14-00196-WS-B |
| **SHANTRELL H. HICKS,** *et al.,* | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 24th day of December, 2014.

                                           **s/WILLIAM H. STEELE**
                                           **CHIEF UNITED STATES DISTRICT JUDGE**