```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

GREGORY REED,                          :

      Plaintiff,                 :

vs.                                    :   CIVIL ACTION NO. 14-00196-WS-B

SHANTRELL H. HICKS, *et al.,*          :

      Defendants.                :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 24th of December, 2014.

                                          **s/WILLIAM H. STEELE**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**